UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUCHENE S. LAKE,<br><br>              Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>             Defendant. | CASE NO. C13-5083 RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING TO COMMISSIONER FOR FURTHER CONSIDERATION |

    This matter comes before the court on the Report and Recommendation of United States Magistrate Judge Karen L. Strombom (Dkt. 22). The Magistrate Judge recommends that Commissioner's denial of disability insurance benefits be reversed and remanded for further administrative proceedings. Dkt. 22.

    The Court need only make a de novo determination of the portions of Magistrate Judge Strombom's Report and Recommendation to which Defendant makes objections. 28 U.S.C. § 636(b)(1). The parties were to file any objections by March 5, 2014. No objections were filed by that date.

ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING TO COMMISSIONER FOR FURTHER CONSIDERATION- 1

1   The Court, having reviewed the Report and Recommendation and the relevant record,
2   does hereby find and **ORDER**:
3       (1)    The Report and Recommendation (Dkt. 22) is **ADOPTED**.
4       (2)    The matter is **REVERSED** and **REMANDED** to the Commissioner for further
5       administrative proceedings.
6   The Clerk is directed to send uncertified copies of this Order to all counsel of record and
7   to any party appearing *pro se* at said party's last known address.
8   Dated this 6th day of March, 2014.

*(signature)*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION REVERSING AND
REMANDING TO COMMISSIONER FOR
FURTHER CONSIDERATION- 2